UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RMJ INTERESTS, LLC**                                      **PLAINTIFF**

v.                **CASE NO. 5:09cv00286 BSM**

**SHAW INDUSTRIES, INC.**                                  **DEFENDANT**

## ORDER OF DISMISSAL

The parties jointly move for dismissal with prejudice due to settlement. [Doc. No. 21].

The motion is granted and this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE